UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO.  25-CR-139 (TSC) |
| v. | |
| JOSHUA ALLEN, | |
| Defendant. | |

## STATEMENT OF OFFENSE

On November 9, 2021, a Superior Court Judge signed a warrant for the arrest of Joshua Allen (2021CRWSLD003660). Defendant Allen was wanted in connection with the homicide of Delonte Johnson on June 11, 2021. Members of the Capitol Area Regional Fugitive Task Force ("CARFTF") were tasked with locating and arrested defendant Allen.[1]

On November 10, 2021, members of CARFTF were looking for defendant Allen; they were able to track his whereabouts because he had on a GPS ankle monitor as a condition of his supervised release in 2010 CF2 004911. Defendant Allen was previously convicted of a felony punishable by a term of imprisonment greater than one year in 2010 CF2 004911. He was aware of this prior conviction and was on active supervision in that case at the time of his arrest. A member of CARFTF, saw defendant Allen sitting in the driver's seat in ~~standing outside~~ a white Ford Explorer near an apartment complex in Southeast D.C. and he was placed under arrest. In a search incident to his arrest, another CARFTF member, patted down defendant Allen and felt a solid object near or around his waist consistent in shape and composition with a weapon. The CARFTF member removed the object which was secreted between

---

[1] CARFTF is a regional task force that has partnership agreements with over 100 federal, state, and local agencies. In this case members of the task force included detectives with the Metropolitan Police Department and agents with the U.S. Marshal's Service. The CARFTF members in this case were specifically tasked with locating and arresting individuals with outstanding homicide warrants in the District of Columbia.

two pairs of compression shorts defendant Allen was wearing.

The object was a black, Glock 23 handgun that appeared to be fully functional, able to expel a projective by means of an explosion, had a barrel length of less than 12 inches and was capable of being fired with one hand.[2] The firearm had one round in the chamber and 12 rounds in the magazine, bearing serial number AAMB821. The firearm was manufactured in the United States and had been originally purchased in North Carolina in 2016.

                                      Respectfully Submitted

                                      JEANINE FERRIS PIRRO
                                      United States Attorney

BY:   /s/ Sarah C. Santiago
        Sarah C. Santiago (GA No. 724304)
        Assistant United States Attorney
        601 D Street N.W.
        Washington, D.C. 20530
        Sarah.Santiago2@usdoj.gov
        (202) 252-7294

Date: June 26, 2025

---

[2] This firearm was not connected to the homicide.

## DEFENDANT ALLEN'S ACKNOWLEDGMENT

I have read the Statement of Offense setting forth the facts related to my guilty plea to the Indictment in this case. I have discussed this proffer fully with my attorney, Ubong Akpan. I fully understand this proffer and I acknowledge its truthfulness, agree to it, and accept it without reservation. I do this voluntarily and of my own free will. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this proffer fully.

Date: 6/30/25

_____
Joshua Allen

## ATTORNEY'S ACKNOWLEDGMENT

I have read each of the pages constituting the Government's proffer of evidence related to my client's guilty plea. I have reviewed the entire proffer with my client and have discussed it with him fully. I concur in my client's agreement with and acceptance of this proffer.

Date: 6/30/2025

_____
Ubong Akpan, Esq.
Counsel for Defendant Allen

3